| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | T. Robert Finlay, Esq., SBN 167280 |
| 3 | Todd E. Chvat, Esq., SBN 238282 |
|   | 4665 MacArthur Court, Suite 280 |
| 4 | Newport Beach, CA 92660 |
| 5 | Tel. (949) 477-5050; Fax (949) 477-9200 |
| 6 | |
|   | Attorneys for Defendants OCWEN LOAN SERVICING, LLC, HOMEWARD |
| 7 | RESIDENTIAL, INC. and WESTERN PROGRESSIVE, LLC |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| KENETI V. ASIATA, | ) | Case No: 14-cv-04041-R-PLA |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| OCWEN LOAN SERVICING, LLC, | ) | |
| WESTERN PROGRESSIVE, LLC, | ) | |
| HOMEWARD RESIDENTIAL, INC. all | ) | |
| persons claiming legal, equitable, lien, | ) | |
| and estate in the property located 9020 | ) | |
| Delano Drive, Riverside CA 92503, and | ) | |
| Does 1 to 50, Inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

/ / /

/ / /

/ / /

/ / /

/ / /

-1-
JUDGMENT

1   On July 23, 2014, the Court issued an Order granting Defendant OCWEN
2   LOAN SERVICING, LLC ("OCWEN") and HOMEWARD RESIDENTIAL,
3   INC.'s ("HOMEWARD") (collectively "Defendants") Motion to Dismiss
4   Plaintiff's First Amended Complaint without leave to amend and with prejudice.
5   In connection therewith, IT IS HEREBY ORDERED that Plaintiff's action
6   is hereby DISMISSED WITH PREJUDICE and JUDGMENT ENTERED
7   pursuant to the Court's Order [Dkt. No. 15].

**IT IS SO ORDERED.**

Dated:  July 29, 2014            _____
                                  Hon. Manuel L. Real,
                                  United States District Judge